JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GENEVE TIME CORPORATION, | ) | CASE NO. CV10-2188-AHM (JEMx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| UNITED PARCEL SERVICE, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

The Court having been advised by the Honorable John E. McDermott that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: April 29, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**